John A. Lozano, Harrisonville, MO, for Appellants.

Lynn K. Ballew, Harrisonville, MO, for Respondent.

Before RONALD R. HOLLIGER, P.J., ROBERT G. ULRICH and JOSEPH M. ELLIS, JJ.

### ORDER

Ronald E. Partee, Kansas City, MO, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

PER CURIAM.

Michelle Wilson appeals from a decree entered by the Circuit Court of Clay County dissolving her marriage to Phillip Wilson. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

---

Philip WILSON, Respondent,

v.

Michelle WILSON, Appellant.

No. WD 64210.

Missouri Court of Appeals,
Western District.

Sept. 27, 2005.

Stephen C. Caruso, Kansas City, MO, for appellant.